UST-12, 5-96

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:                          )    CHAPTER 7
                                )
KELLOGG, ANDREW                 )    Case No. 18-14707-PHX-BKM
LITTLE, SARAH                   )
                                )
                                )
                   Debtor(s).   )
_____)
                                )

**ORDER APPROVING EMPLOYMENT OF AUCTIONEER**

Pursuant to the provisions of 11 U.S.C. § 327(a)

and the Application for Appointment of Auctioneer, by the trustee,

<u>Dale D Ulrich</u>, of <u>Cunningham & Associates, Inc.      </u>, to serve as

auctioneer, and good cause appearing, said application is herein

approved.

**Property of the estate to be sold is described as follows:**

Lot in Sandoval County, NM, parcel number 1-005-074-246-403

It is further ordered that upon completion of the duly

advertised auction sale, a sworn report of sale, with all

expenses properly documented, shall be submitted to the Trustee

and filed with the Court.  The auctioneer fees to the estate

shall not exceed <u>10</u>% of the gross sales price, and such other

actual and necessary expenses subject to Court approval thereof.

_____          _____
        DATE                     BRENDA K. MARTIN

                                 UNITED STATES BANKRUPTCY JUDGE