Dale D. Ulrich
1934 E Camelback Rd Ste 120-615
Phoenix, AZ 85003

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ANDREW LEE KELLOGG and SARAH ELIZABETH LITTLE,<br><br>Debtor(s). | In Proceedings Under Chapter 7<br><br>Case No. 2:18-bk-14707-BKM<br><br>**NOTICE TO CREDITORS AND INTERESTED PARTIES OF SALE AT AUCTION** |

## NOTICE TO CREDITORS AND INTERESTED PARTIES OF SALE AT AUCTION

NOTICE IS HEREBY GIVEN that property belonging to the estate of the above-named debtor will be sold at public auction on June 6, 2019 at the hour of 1:00pm at 6520 N. 27th Ave., Phoenix, AZ, by Cunningham & Associates, Inc., Auctioneer. Said auctioneer will be entitled to fees and costs subject to further Order of the Court.

PROPERTY TO BE SOLD: Sandoval County, NM Parcel Number: 1-005-074-246-403

TERMS AND CONDITIONS OF SALE: Online bidding will open on or before 4:00pm on Friday, May 31, 2019. Bidders will be able to place bids in person, by fax, by email, via telephone or through the online bidding system at CunninghamAuctions.com. Bidding will start to close at 1:00pm on Wednesday, June 6, 2019 during an online auction. A $200.00 bidder deposit is required. The deposit can be made in person by cashier's check or cash.

Any person opposing the application shall file a written objection on or before 21 days from the mailing of this Notice, with the Clerk, U. S. Bankruptcy Court, (hand delivered to) US BANKRUPTCY COURT, CLERK, 230 N. FIRST AVE., STE 101, PHOENIX, AZ 85003 (or mailed to) Clerk, U.S. Bankruptcy Court, US BANKRUPTCY COURT, CLERK, 230 N. FIRST AVE., STE 101, PHOENIX, AZ 85003, with a copy served on the U.S. Trustee, (hand delivered to) 230 First Avenue, Suite 204, Phoenix, AZ 85003-1706. A copy of the objection shall be forthwith mailed to the trustee at the following address: 1934 E Camelback Rd Ste 120-615, Phoenix, AZ 85003

If a person timely objects in writing and requests a hearing, the matter will be placed on the calendar to be heard by the United States Bankruptcy Judge. If there are no timely objections and/or requests for hearing, no hearing will be held and the auctioneer may proceed to sell the property without further order of the Court.

May 7, 2019                               By:          /S/DALE D. ULRICH
DATE                                                 DALE D. ULRICH, TRUSTEE